JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shawn Kaye, Trustee of the Kaye Trust Dated April 28, 1986,Sub Trust "A" | Case No. **CV 12-2324-JFW (PLAx)** |
| | **JUDGMENT** |
|             Plaintiff, | |
|   v. | |
| Wells Fargo Bank, N.A.; Federal National Mortgage Association, | |
|             Defendants. | |

The Court, having granted Defendants Wells Fargo Bank, N.A. and Federal National Mortgage Association's motion for summary judgment based on its determination that there was no genuine issue as to any material fact and that Defendants Wells Fargo Bank, N.A. and Federal National Mortgage Association were entitled to judgment as a matter of law on all claims for relief alleged against them,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1        1.   Plaintiff Shawn Kaye, Trustee of the Kaye Trust Dated

2   April 28, 1986, Sub Trust "A" ("Plaintiff") shall recover

3   nothing from any of the named Defendants;

4        2.   Defendants Wells Fargo Bank, N.A. and Federal

5   National Mortgage Association shall have judgment in their

6   favor on Plaintiff's entire action; and

7        3.   Defendants Wells Fargo Bank, N.A. and Federal

8   National Mortgage Association shall recover from Plaintiff

9   their costs of suit in the sum of $_____.

10

11       The Clerk is ordered to enter this Judgment.

12

13

14  Dated: November 6, 2012    _____
                                        JOHN F. WALTER
15                              UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2